UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FOUNDATION FOR LOUISIANA | CIVIL ACTION |
| VERSUS | No. 17-6499 |
| PONTCHARTRAIN PARK CDC REAL ESTATE HOLDINGS, LLC, ET AL. | SECTION: "J"(5) |

## ORDER

Considering the *Motion to Dismiss* **(Rec. Doc. 8)** filed by Federal Deposition Insurance Corporation as Receiver for Defendant First NBC Bank, New Orleans, Louisiana;

**IT IS ORDERED** that the Motion is **GRANTED**; Plaintiff has filed a response acknowledging the Motion is unopposed. (Rec. Doc. 12). Accordingly, First NBC Bank and its receiver, Federal Deposition Insurance Corporation shall be dismissed from this action.

New Orleans, Louisiana, this 28th day of February, 2019.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE