## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FOUNDATION FOR LOUISIANA, F/K/A LOUISIANA DISASTER RECOVERY FOUNDATION, INC.,** | **CIVIL ACTION NO.** **2:17-CV-06499, SEC. J, DIV. 5** |
| **Plaintiff** | **JUDGE:** **CARL J. BARBIER** |
| **VERSUS** | **MAGISTRATE:** **MICHAEL NORTH** |
| **PONTCHARTRAIN PARK CDC REAL ESTATE HOLDINGS, LLC, et al.** | |
| **Defendant** | |

## MOTION TO REOPEN CASE

NOW INTO COURT, through undersigned counsel, comes Plaintiff Foundation for Louisiana f/k/a Louisiana Disaster Recovery Foundation, Inc. ("Foundation") who respectfully states that this matter was placed on the Court's administratively closed docket. This matter was stayed due to the FDIC takeover of FNBC Bank. At this time, all administrative remedies have been exhausted. The FDIC and FNBC Bank are also no longer parties in this litigation. Thus, Foundation respectfully requests that this case be transferred to the active docket and set for trial.

WHEREFORE, Plaintiff Foundation for Louisiana f/k/a Louisiana Disaster Recovery Foundation, Inc. respectfully moves this Court to transfer this matter from the administratively closed docket the active docket and be set for trial.

Respectfully submitted,

SCANDURRO & LAYRISSON, LLC.

/s/ *Jean-Paul Layrisson*
JEAN-PAUL LAYRISSON, Bar No. 20917
TIMOTHY D. SCANDURRO, Bar No.
KRISTA M. ELEEW, Bar No. 18424
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
Facsimile: (504) 529-6199
***Counsel for Foundation for Louisiana***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 4th day of April 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who have registered to receive electronic service, and I effected service upon all other counsel of record via United States Mail, postage prepaid and properly addressed.

/s/ *Jean-Paul Layrisson*
Jean-Paul Layrisson