UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FOUNDATION FOR LOUISIANA, F/K/A LOUISIANA DISASTER RECOVERY FOUNDATION, INC.,** | ) ) ) ) ) | **CIVIL ACTION NO. 2:17-CV-06499, SEC. J, DIV. 5** **JUDGE: CARL J. BARBIER** |
| **Plaintiff** | ) ) | |
| **VERSUS** | ) ) ) | **MAGISTRATE: MICHAEL NORTH** |
| **PONTCHARTRAIN PARK CDC REAL ESTATE HOLDINGS, LLC, et al.** | ) ) ) ) | |
| **Defendant** | ) | |

**MEMORANDUM IN SUPPORT OF MOTION TO REOPEN CASE**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Foundation for Louisiana f/k/a Louisiana Disaster Recovery Foundation, Inc. ("Foundation") who submits this memorandum in support of its motion to reopen case.

On July 17, 2017, this case was stayed by this Honorable Court pending the exhaustion of administrative remedies due to the FDIC takeover of defendant, FNBC Bank. On February 21, 2019, FDIC filed a motion to dismiss. The Court granted FDIC's motion on February 27, 2019 (See Rec. Doc. 7 and 8). FDIC and FNBC Bank are no longer parties to this litigation.

At this time, all administrative remedies have been exhausted by Foundation. Therefore, Foundation respectfully requests that this case be transferred to the active docket and set for trial so that it can proceed with its causes of action against the sole remaining defendant, Pontchartrain Park CDC Real Estate Holdings, LLC.

1

WHEREFORE, Plaintiff Foundation for Louisiana f/k/a Louisiana Disaster Recovery Foundation, Inc. respectfully requests that this Court grant its motion to reopen and transfer this matter from the administratively closed docket the active docket so that it can be set for trial.

Respectfully submitted,

SCANDURRO & LAYRISSON, LLC.

/s/ *Jean-Paul Layrisson*
JEAN-PAUL LAYRISSON, Bar No. 20917
TIMOTHY D. SCANDURRO, Bar No.
KRISTA M. ELEEW, Bar No. 18424
607 St. Charles Avenue
New Orleans, LA  70130
Telephone: (504) 522-7100
Facsimile: (504) 529-6199
***Counsel for Foundation for Louisiana***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 4th day of April 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who have registered to receive electronic service, and I effected service upon all other counsel of record via United States Mail, postage prepaid and properly addressed.

/s/ *Jean-Paul Layrisson*
Jean-Paul Layrisson