UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FOUNDATION FOR LOUISIANA                    CIVIL ACTION

VERSUS                                      No. 17-6499

PONTCHARTRAIN PARK CDC                      SECTION: "J"(5)
REAL ESTATE HOLDINGS, LLC,
ET AL.

## ORDER

The defendant and counter-claimant, Pontchartrain Park CDC Real Estate Holdings, LLC, has failed to comply with the Court's order (Rec. Doc. 17) that it enroll counsel on its behalf in this case by May 29, 2019. Two months have passed since the deadline and Pontchartrain Park has yet to enroll counsel. The Court previously warned that failure to comply with its order may result in sanctions. *See Memon v. Allied Domecq QSR*, 385 F.3d 871, 874 (5th Cir. 2004) (recognizing district court's authority to strike pleadings of unrepresented corporation). Accordingly,

**IT IS HEREBY ORDERED** that Pontchartrain Park CDC Real Estate Holdings, LLC's affirmative defenses are **STRICKEN** from the record, and its claims against Foundation for Louisiana are **DISMISSED**.

New Orleans, Louisiana, this 29th day of July, 2019.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE